Catherine McGarry, Respondent, v. John P. McGarry, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Henry Neilson, as Administrator, etc., Appellant, v. Harvey S. Ladew and Elsie Ladew, etc., Respondents.— Judgment affirmed by default, with costs. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Samuel Nemtzoff and Others, Respondents, v. The Kissena Park Corporation, Appellant.— Judgment affirmed, with costs. No opinion. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

Daniel J. Scanlon, Respondent, v. National Bridge Works, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

John Schaefer, Respondent, v. Union Railway Company of New York City, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the authority of *Schaefer* v. *Union Railway Company of New York City* (*ante*, p. 950), decided herewith. Burr, Thomas, Carr and Stapleton, JJ., concurred; Rich, J., dissented.

Anna L. Thomass, Appellant, Respondent, v. Edward Thomass, Respondent, Appellant, Impleaded with Thomas R. Lewis and Others, Defendants and Respondents.— Judgment entered April 21, 1913, affirmed, with costs to defendants, respondents, Lewis, Locke and Fantl. Judgment entered April 24, 1913, affirmed, without costs. No opinion. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

Town of Smithtown, Respondent, v. Edwin A. Cruikshank, Appellant. — Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Anna Frances Burmester, Individually and as Executrix, etc., of William H. Burmester, Deceased, Respondent, v. Charles T. O'Brien, Appellant.— Judgment affirmed by default, with costs. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.